IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Patrick Joseph Studley; N.S., *as a minor by and through his father and guardian Patrick Joseph Studley parental natural guardian*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Jason Baldwin,<br><br>　　　　　　　　Defendant. | C/A No. 3:16-388-JMC-PJG<br><br><br>**ORDER** |

　　　　This is a civil action filed by a *pro se* litigant.  Under Local Civil Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

　　　　By order dated, April 15, 2016, Plaintiff was given the opportunity to bring this case into proper form for initial review.  (ECF No. 12.)  However, Plaintiff did not receive the order, as the order was returned to the court as undeliverable mail.  (ECF No. 14.)  Plaintiff has not provided the court with a new address, and the court's docket indicates no attempt by Plaintiff to contact the court.

**TO THE CLERK OF COURT**:

　　　　The Clerk of Court is directed *not* to issue the summonses for service of process at this time.[1]

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Paige J. Gossett
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

May 19, 2016
Columbia, South Carolina

　　　　*Plaintiff's attention is directed to the important WARNING on the following page.*

---

[1] This case is being recommended for summary dismissal in a separately docketed Report and Recommendation.

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

# WARNING TO *PRO SE* PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders).